United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 11-15288-jkf
Gary Farber                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia         Page 1 of 2              Date Rcvd: Oct 17, 2016
                             Form ID: 138NEW        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db               Gary Farber,    564 Swain Street,    Bristol, PA 19007-3521
12534559        +Agua Pennsylvania Inc,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3489
12534561        +Bristol Borough Water & Sewer,    250 Pond St.,    Bristol, PA 19007-4992
12480452       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    PO Box 85520,    Richmond, VA  23285-5520)
12480453        +Goldbeck, McCafferty,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
12480457       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
                 (address filed with court: Nco Fin /99,    PO Box 41466,    Philadelphia, PA  19101)
12635419        +Michael P. Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa 19047-1818
12480456        +Midland Mortgage Compa,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
12522138        +Midland Mortgage Company,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
12480459         Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY  11791-3426
12595575        +VERIZON,    404 BROCK DR,    BLOOMINGTON, IL 61701-2654
12595576         VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
12480460         Web Bank/dfs,    One Dell Way Bldg B,    Round Rock, TX  78682-7000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:10      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:39:32
                  Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:16
                  Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:49
                  Recovery Management Systems Corporation For GE Mon,     25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12480451         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 18 2016 02:34:31      Asset Acceptance Llc,
                  PO Box 2036,    Warren, MI  48090-2036
12588981        +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:41      CANDICA, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12578551         E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:42      Equable Ascent Financial, LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12552550         E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:01      Granite Recovery LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12480454         E-mail/Text: cio.bncmail@irs.gov Oct 18 2016 02:34:01      Internal Revenue Service,
                  Special Procedures,    PO Box 7346,    Philadelphia, PA  19101-7346
12613334         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2016 02:34:48      JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,    ST CLOUD MN 56302
12480455         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2016 02:38:48      Lvnv Funding Llc,
                  PO Box 10584,    Greenville, SC  29603-0584
13028075         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:15      Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
12933843         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:15      Midland Funding LLC,
                  by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12604134         E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2016 02:34:09
                  Quantum3 Group LLC as agent for,    Worldwide Asset Purchasing II LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
12535472         E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:42
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13033030        +E-mail/Text: bncmail@w-legal.com Oct 18 2016 02:34:52      Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12547822         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2016 02:38:09
                  Worldwide Asset Purchasing II, LLC,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
                  Seattle, WA 98111-9221
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12534558       11-15288
cr*            Granite Recovery LLC,    c/o Recovery Management Systems Corporat,
                  25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
cr*            Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
```

```
District/off: 0313-2              User: Virginia                Page 2 of 2                  Date Rcvd: Oct 17, 2016
                                  Form ID: 138NEW               Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
cr*             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                  Houston, TX   77210-4457
cr*             Quantum3 Group LLC as agent for,    Worldwide Asset Purchasing II LLC,    PO Box 788,
                  Kirkland, WA   98083-0788
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
12526990*      +Asset Acceptance LLC,    Po Box 2036,    Warren MI 48090-2036
12534560*       Asset Acceptance Llc,    PO Box 2036,    Warren, MI   48090-2036
12878811*      +Bristol Borough Water & Sewer,    250 Pond Street,    Bristol, Pa 19007-4992
12534562*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    PO Box 85520,    Richmond, VA   23285-5520)
12534563*      +Goldbeck, McCafferty,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
12534564*       Internal Revenue Service,    Special Procedures,    PO Box 7346,    Philadelphia, PA   19101-7346
12534565*       Lvnv Funding Llc,    PO Box 10584,    Greenville, SC   29603-0584
12534567*     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco Fin /99,    PO Box 41466,    Philadelphia, PA   19101)
12480458*     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco-medclr,    PO Box 8547,    Philadelphia, PA   19101)
12534568*     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco-medclr,    PO Box 8547,    Philadelphia, PA   19101)
13028077*       Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX   77210-4457
13028713*       Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX   77210-4457
12933844*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX   77210-4457
12934867*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX   77210-4457
12534566*      +Midland Mortgage Compa,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
12534569*       Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY   11791-3426
12534570*       Web Bank/dfs,    One Dell Way Bldg B,    Round Rock, TX   78682-7000
12482567     ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
12595577      ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                       TOTALS: 1, * 23, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    MIDFIRST BANK ecfmail@mwc-law.com, ecfmail@mwc-law.com
              MICHAEL P. KELLY    on behalf of Debtor Gary  Farber mpkpc@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gary Farber

        Debtor(s)

Bankruptcy No: 11–15288–jkf

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

   3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/17/16