**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gary Farber<br>     <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 11-15288 JF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9869

                                        Respectfully submitted,

                                        **<u>/s/Thomas Puleo, Esquire</u>**
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406