# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : BKY. NO. 11-15288
GARY FARBER  :
 : CHAPTER 13

### ORDER GRANTING ADDITIONAL TIME TO COMPLETE THE FINANCIAL MANAGEMENT COURSE AND CERTIFCATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

AND NOW, this _____ day of _____, 2016, Debtor's Motion to Extend Time to complete the financial management course and Certification Regarding Domestic Support Obligations and Section 522(q) is granted. The time to file the financial management course and Certification is extended to January 13, 2017.

**Date: December 21, 2016**

_____
B.J.