United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-15288-jkf
Gary Farber                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1            Date Rcvd: Dec 21, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db        Gary Farber,   564 Swain Street,   Bristol, PA 19007-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
       ANDREW F GORNALL   on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       ANN E. SWARTZ   on behalf of Creditor   MIDFIRST BANK ecfmail@mwc-law.com, ecfmail@mwc-law.com
       MICHAEL P. KELLY   on behalf of Debtor Gary Farber mpkpc@aol.com
       THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO. 11-15288
GARY FARBER :
: CHAPTER 13

ORDER GRANTING ADDITIONAL TIME TO COMPLETE
THE FINANCIAL MANAGEMENT COURSE AND CERTIFCATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

AND NOW, this          day of                    , 2016, Debtor's Motion to Extend Time to complete the financial management course and Certification Regarding Domestic Support Obligations and Section 522(q) is granted. The time to file the financial management course and Certification is extended to January 13, 2017.

**Date: December 21, 2016**

_____
B.J.