Certificate Number: 02921-PAE-DE-028609707

Bankruptcy Case Number: 11-15288



02921-PAE-DE-028609707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 12, 2017</u>, at <u>2:19</u> o'clock <u>PM EST</u>, <u>Gary Farber</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 12, 2017</u>          By:   <u>/s/Joan B Reading</u>

Name:   <u>Joan B Reading</u>

Title:   <u>President</u>