United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary Farber  
     Debtor

Case No. 11-15288-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Jan 13, 2017  
　　　　　　　　　　　　Form ID: 195　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.  
db        Gary Farber,   564 Swain Street,   Bristol, PA  19007-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:  
        ANDREW F GORNALL   on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANN E. SWARTZ   on behalf of Creditor   MIDFIRST BANK ecfmail@mwc-law.com,  ecfmail@mwc-law.com  
        MICHAEL P. KELLY   on behalf of Debtor Gary  Farber mpkpc@aol.com  
        THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Gary Farber                                                    : Case No. 11–15288–jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , January 13, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Jean K. FitzSimon
                    Judge , United States Bankruptcy Court

131
Form 195